FILED
VANESSA L. ARMSTRONG, CLERK

NOV 05 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

NO. 3:14 CR-111-S

**DEVIN THAUBERGER**
**TRISHA MUIR**

INDICTMENT

18 U.S.C. § 1349 (Count 1)
18 U.S.C. § 1347 (Count 2)
18 U.S.C. § 1341 (Counts 3 - 13)
18 U.S.C. § 1028A (Counts 14 - 20)
18 U.S.C. § 1518(a) (Counts 21 - 25)
18 U.S.C. 2 (Counts 2 - 20)
18 U.S.C. § 982

The Grand Jury alleges:

## INTRODUCTION

1. At all times relevant to this Indictment, the defendant, **DEVIN THAUBERGER**, was a doctor of chiropractic, licensed to practice in the state of Kentucky, and had been a chiropractor for approximately nine (9) years.

2. At all times relevant to this Indictment, Thauberger Chiropractic, P.S.C. ("TCP"), was a Kentucky corporation located at 8511 Preston Highway, Louisville, Kentucky. Defendant **DEVIN THAUBERGER** was the president and sole owner of TCP from 2005 through all times relevant to this Indictment.

3. Beginning in 2010, the defendant, **TRISHA MUIR**, became employed by TCP and reported directly to defendant **DEVIN THAUBERGER**. By April 2011, Defendant **TRISHA MUIR** was responsible for billing for services purportedly provided by TCP, which included submitting reimbursement claims to insurance companies and patients for chiropractic services purportedly provided by TCP.

4. TCP accepted Medicare, Medicaid, Managed Care Organizations ("MCOs") such as Passport, Anthem, Humana, Shelter, Geico, Nationwide, and other private insurance coverage, all of which are defined as health care benefit programs in Title 18, United States Code, Section 24.

5. In or about and between, April 2009 and March 2014, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVIN THAUBERGER** and **TRISHA MUIR**, the defendants herein, aided and abetted by each other and others, in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud Medicare, a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, that is: the defendants caused the submission of fraudulent claims to Medicare, Passport, Anthem, Humana, Geico, Shelter, Nationwide, and other insurance carriers, that falsely and fraudulently sought reimbursement for services which were never provided to patients, including times in which **DEVIN THAUBERGER** was out of the country and unable to provide services.

The Grand Jury charges:

## COUNT 1
(Conspiracy to Commit Health Care Fraud)

6. The Grand Jury realleges and incorporates by reference paragraphs 1 through 5 of the Indictment as if fully set forth herein.

7. Beginning in or about and between April 2009 and March 2014, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVIN THAUBERGER** and **TRISHA MUIR**, the

defendants herein, did willfully, and knowingly combine, conspire, confederate, and agree with each other, to commit a federal violation of law, to wit, health care fraud by causing the submission of false claims to Medicare, Medicaid, Passport, Anthem, Humana, Geico, Shelter, Nationwide, and other insurance carriers for services which were never provided.

In violation of Title 18, United States Code, Section 1349.

The Grand Jury further charges:

## COUNT 2
(Health Care Fraud)

8. The Grand Jury realleges and incorporates by reference paragraphs 1 through 7 of the Indictment as if fully set forth herein.

9. In or about and between April 2009 and March 2014, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVIN THAUBERGER** and **TRISHA MUIR**, the defendants herein, aided and abetted by each other and others, known to the grand jury, in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, the above-described scheme and artifice to defraud a health care benefit program affecting interstate commerce, that is, Medicare, Medicaid, Passport, Anthem, Humana, Geico, Shelter, Nationwide, and other insurance carriers to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs to wit: **DEVIN THAUBERGER** and **TRISHA MUIR** submitted claims for services which were never performed including, but not limited to the following:

| DATES | PATIENT NAME | INSURANCE | AMOUNT |
|---|---|---|---|
| 06/19/09 – 08/22/11 | J.M.B. | Anthem | $10,470.00 |

| | | | |
|---|---|---|---|
| 01/04/10 – 04/08/13 | A.E. | Passport | $70,981.00 |
| 01/22/10 – 01/20/12 | A.I. | Passport | $10,432.00 |
| 01/27/11 – 03/09/14 | C.D. | Passport | $46,031.00 |
| 05/07/10 – 08/20/13 | K.H. | Passport | $5,916.00 |
| 05/20/10 – 01/28/13 | L.G. | Passport | $11,420.00 |
| 06/09/10 – 04/03/12 | A.H. | Passport | $22,165.00 |
| 06/09/10 – 04/03/12 | J.H. | Passport | $11,403.00 |
| 03/28/11 – 07/11/11 | R.J. | Medicaid | $1,538.56 |
| 10/03/11 – 04/09/13 | T.R. | Anthem | $12,542.00 |
| 08/22/12 – 11/25/13 | J.B. | Medicare | $4,244.00 |

In violation of Title 18, United States Code, Sections 1347 and 2.

The Grand Jury further charges:

## COUNTS 3 - 13
(Mail Fraud)

10. The Grand Jury realleges and incorporates by reference paragraphs 1 through 9 of the Indictment as if fully set forth herein.

11. In or about and between April 2009 and August 2012, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVIN THAUBERGER**, the defendant herein, aided and abetted by others, devised a scheme and artifice to defraud Medicare, Medicaid, Passport, Humana, Anthem, Geico, Shelter, Nationwide, and other insurance carriers by means of false or fraudulent pretenses, representations or promises, knowing that such promises and representations were false when made, and for the purpose of executing such a scheme, and attempting to do so, caused mail matter to be placed into an authorized depository for mail to be sent and delivered by the U.S. Postal Service, and deposited and caused to be deposited mail to

be sent or delivered by a private or commercial carrier: to wit, **DEVIN THAUBERGER** submitted requests by mail for claims to be paid by Medicare, Passport, Anthem, Humana, Geico, Shelter, Nationwide, and other insurance carriers and received, by check payment via mail, for services not performed as listed below.

| COUNT | DATE | PATIENT NAME | INSURANCE | AMOUNT |
|---|---|---|---|---|
| 3 | 06/19/09 – 08/22/12 | J.M.B. | Anthem | $3,225.57 |
| 4 | 06/15/11 | J.M. | Anthem | $69.63 |
| 5 | 06/15/11 | W.F. | GEICO | $198.00 |
| 6 | 10/03/11 – 04/09/13 | T.R. | Anthem | $3,103.83 |
| 7 | 07/04/12 | C.Ja. | Shelter | $231.00 |
| 8 | 07/04/12 | C.J. | Nationwide | $179.00 |
| 9 | 07/04/12 | F.A. | Humana | $36.00 |
| 10 | 07/04/12 | V.B. | Humana | $32.14 |
| 11 | 07/04/12 | J.L. | Anthem | $59.38 |
| 12 | 08/20/12 | C.J. | Nationwide | $216.00 |
| 13 | 08/20/12 | C.Ja. | Shelter | $179.00 |

In violation of Title 18, United States Code, Section 1341 and 2.

The Grand Jury further charges:

<u>COUNTS 14 - 20</u>
(Aggravated Identity Theft)

12. The Grand Jury realleges paragraphs 1 through 11 of the Indictment as if set forth in full herein.

13. In or about and between April 2009 and November 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVIN THAUBERGER**, aided and abetted by another, knowingly transferred, possessed, and used, without authority a means of

identification of another person, as listed below; that is, during and in relation to the following felony offenses of health care fraud and mail fraud in violation of Title 18, United States Code, Sections 1349, 1341 and 1347 as charged in Counts 1 - 13.

| COUNT | DATE | PATIENT NAME | INSURANCE |
|---|---|---|---|
| 14 | 01/22/10 | B.I. | Passport |
| 15 | 02/01/10 | A.E. | Passport |
| 16 | 05/20/10 | L.G. | Passport |
| 17 | 06/09/10 | A.H. | Passport |
| 18 | 05/17/11 | K.M. | Passport |
| 19 | 09/03/11 | C.D. | Passport |
| 20 | 11/29/12 | J.H. | Passport |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5) and 2.

The Grand Jury further charges:

## COUNT 21- 25
(Obstruction of Criminal Investigation)

14. The Grand Jury realleges paragraphs 1 through 13 of the Indictment as if set forth in full herein.

15. Beginning in or about August 2013, and continuing until at least July 2014, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVIN THAUBERGER** and **TRISHA MUIR**, the defendants herein, did willfully prevent, obstruct, mislead, and delay and attempt to prevent, obstruct, mislead or delay the communication of information and records related to a violation of a Federal health care offense to a criminal investigator; to

wit, the defendants altered or caused to be altered patient records and attempted to influence the testimony of witnesses as indicated below.

| COUNT | DATE | NAME | EVENT |
|---|---|---|---|
| 21 | 08/2013 – 09/2013 | J.W. | Employee instructed to alter patient records |
| 22 | 2013 | H.B. | Employee instructed to alter patient records |
| 23 | 11/25/13 | J.M.B and J.B. | Patients contacted by Thauberger |
| 24 | 07/11/14 | C.D. | Patient contacted by Thauberger |
| 25 | 2014 | L.G. | Patient contacted by Thauberger |

In violation of Title 18, United States Code, Sections 1518(a).

## NOTICE OF FORFEITURE

As a result of committing violations of Title 18, United States Code, Sections 1341, 1347 1349, 1028A, and 1518, as alleged in Counts 1 through 25 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any and all property, real and personal, that constitutes or is derived, directly and indirectly, from gross proceeds obtained as a result of the offenses alleged in Counts 1 through 25 of this Indictment.

Pursuant to Title 18, United States Code, Section 982.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:LJW:cd:20141029

UNITED STATES OF AMERICA v. DEVIN THAUBERGER and TRISHA MUIR

## PENALTIES

| | |
|---|---|
| Count 1: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 2: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 3 -13: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Counts 14 - 20: | 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Counts 21 - 25: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. INTEREST and PENALTIES as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

DEVIN THAUBERGER

TRISHA MUIR

## INDICTMENT

Title 18 U.S.C. §§ 1349; 1347; 2; 1341; 1028A(a)(1); 1028A(c)(5); 1518(a): Conspiracy to Commit Health Care Fraud; Aiding and Abetting; Health Care Fraud; Mail Fraud; Aggravated Identity Theft; Obstruction of Criminal Investigation.

*A true bill.*

Redacted

*Foreman*

*Filed in open court this 5th day, of November, A.D. 2014.*

*Clerk*

*Bail, $*

FILED
VANESSA L. ARMSTRONG, CLERK

NOV 05 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY